**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN COX, | Case No. 2:23-cv-05706-MCS-E |
| Plaintiff, | **JUDGMENT** |
| v. | |
| ELSIE I. WYNN, AS TRUSTEE OF THE ELSIE I. WYNN AND JERRY G. WYNN TRUST; and DOES 1 to 10, | |
| Defendants. | |

Pursuant to the Court's Order of Dismissal, it is ordered, adjudged, and decreed that this case is dismissed without prejudice. Plaintiff shall take nothing from this action.

**IT IS SO ORDERED.**

Dated: September 11, 2023

_____
MARK C. SCARSI
UNITED STATES DISTRICT JUDGE